1  Dennis M. Wilson CSB No. 043877
   Wilson Law Firm, a Professional Corporation
2  7801 Folsom Blvd., Suite 105
   Sacramento, California 95826
3  Phone: (916) 381-8400
   Facsimile: (916) 381-8129
4  e-mail: denniswilson@covad.net

5  Scott W. Horngren, Pro Hac Vice
   Haglund Kelley Horngren Jones & Wilder LLP
6  101 SW Main, Suite 1800
   Portland, OR 97204
7  Phone: (503) 225-0777
   Facsimile: (503) 225-1257
8  e-mail: shorngren@hk-law.com

9  Attorneys for Amici Curiae

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SIERRA CLUB**, **TULE RIVER CONSERVANCY, SIERRA NEVADA FOREST PROTECTION CAMPAIGN, EARTH ISLAND INSTITUTE, SEQUOIA FORESTKEEPER, and CENTER FOR BIOLOGICAL DIVERSITY,** non profit organizations**,**<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>**DALE BOSWORTH**, in his official capacity as Chief of the United States Forest Service, et al.,<br><br>　　　　　Defendants,<br><br>and<br><br>**SIERRA FOREST PRODUCTS,** a California corporation, and **HUME LAKE CHRISTIAN CAMPS,** a California corporation, and **SUGARLOAF HOMEOWNERS ASSOCIATION,** a non-profit organization,<br><br>　　　　　Amici Curiae. | Civil No.05-00397-CRB<br><br>**[PROPOSED]** ORDER GRANTING RENEWED MOTION TO INTERVENE |

Page 1 -    [PROPOSED] ORDER GRANTING MOTION TO INTERVENE
            No.05-00397-CRB

1    Having reviewed Sierra Forest Products' Renewed Motion to Intervene and other papers
2 regarding the motion, the Motion to Intervene is hereby **GRANTED**. as to the third claim for relief in the first amended complaint.
3    DATED this __9th__ day of August, 2005.

_____
U.S. District Judge

APPROVED
Judge Charles R. Breyer

Page 2 -    [PROPOSED] ORDER GRANTING MOTION TO INTERVENE
            No.05-00397-CRB

F:\SWH\j13325.wpd