IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.* | **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| Plaintiffs, | |
| v. | Case No.: C 05-00397-CRB |
| BOSWORTH, *et al.*, | Related Case No. C 04-02588-CRB |
| Defendants. | Related Case No. C 05-00898 CRB |

1  Plaintiffs have moved for a temporary restraining order and preliminary injunction
2  pursuant to Federal Rule of Civil Procedure 65(b) and Civil L.R. 65-1, requesting this
3  Court to enjoin Defendants and their contractors from taking any further action to
4  implement the "Saddle Fuels Reduction Project" activities within the Giant Sequoia
5  National Monument, located in the Sequoia National Forest.
6  Upon consideration of the parties' briefs and evidentiary materials and after
7  hearing argument, IT IS ORDERED that Plaintiff's Motion for Temporary Restraining
8  Order is GRANTED.
9  Plaintiffs have a combination of probable success on the merits and there is the
10 possibility of irreparable injury; or serious questions are raised and the balance of the
11 hardships tips in Plaintiffs' favor. Plaintiffs have demonstrated a likelihood of success on
12 their claims that logging 2,000 acres of prime habitat of the imperiled Pacific fisher in
13 the Giant Sequoia National Monument, pursuant to a 1999 Environmental Assessment,
14 violates the Forest Service's obligations to address significant new information under the
15 National Environmental Policy Act, 42 U.S.C. §4321 *et seq*. and the Council on
16 Environmental Quality regulations found at 40 C.F.R. § 1502.9(c)(1)(ii) (2002).
17 Plaintiffs have also demonstrated a likelihood of success on their claims that the
18 Saddle Fuels Reduction Project is not "grandfathered" under the terms of the Giant
19 Sequoia National Monument Proclamation. Irreparable harm is threatened to the Pacific
20 fisher and the Giant Sequoia National Monument inasmuch as approximately 31,000 trees
21 will be cut, wildlife will be disturbed, and the ecological integrity and vital habitat values
22 of the area would be irreparably altered if the logging is allowed to continue.
23

1   Defendants Dale Bosworth, Jack Blackwell, Kent Connaughton, Arthur Gaffrey,
2   the United States Forest Service, Mike Johanns, and the United States Department of
3   Agriculture and their contractors are hereby enjoined from taking any further action to
4   implement the Saddle Fuels Reduction Project within the Giant Sequoia National
5   Monument and the Sequoia National Forest, including permitting, commencing or
6   continuing any ground disturbing activities, such as the grading for or construction of
7   roads, or commencing or continuing any timbering activities such as the cutting, logging,
8   or removal of trees or logs from any part of the project area.
9   Pursuant to Fed. R. Civ. P. 65(b), this temporary restraining order is in effect for
10  10 days from the date of this order after which time it may be renewed for an additional
11  10 days. Plaintiffs are required to serve a copy of the temporary restraining order and all
12  supporting pleadings and papers on the defendants no later than _____.
13  The hearing on Plaintiffs' Motion for Preliminary Injunction shall be set for hearing on
14  August 16, @ 2:30 p.m. Defendants shall serve responsive papers on or before _____
15  and Plaintiffs shall file any reply on or before _____.
16  ~~Further, as this case and the issues involved are ones involving the public interest~~
17  ~~in the protected objects of the Giant Sequoia~~ National Monument, the Court orders that
18  ~~no~~ a bond is required in this case. in the amouont of $5000.
19  ORDERED this __9th__ day of ___August___, 2005, at _5 p.m._ in
20  the City of San Francisco, California.

_____
DISTRICT  *Judge Charles R. Breyer*  [APPROVED stamp]

2
[~~PROPOSED~~] ORDER FOR TEMPORARY RESTRAINING ORDER
05-cv-00397 CRB

Intervener permitted to remove downed logs as of 8/9/05 in the tractor logging units  CRB