1 | Dennis M. Wilson CSB No. 043877
Wilson Law Firm, a Professional Corporation
2 | 7801 Folsom Blvd., Suite 105
Sacramento, California 95826
3 | Phone: (916) 381-8400
Facsimile: (916) 381-8129
4 | e-mail: denniswilson@covad.net

5 | Scott W. Horngren, Pro Hac Vice
Haglund Kelley Horngren Jones & Wilder LLP
6 | 101 SW Main, Suite 1800
Portland, OR 97204
7 | Phone: (503) 225-0777
Facsimile: (503) 225-1257
8 | e-mail: shorngren@hk-law.com

9 | Attorneys for Intervenor/Amici Curiae

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB**, **TULE RIVER CONSERVANCY, SIERRA NEVADA FOREST PROTECTION CAMPAIGN, EARTH ISLAND INSTITUTE, SEQUOIA FORESTKEEPER, and CENTER FOR BIOLOGICAL DIVERSITY,** non profit organizations**,**<br><br>Plaintiffs,<br><br>v.<br><br>**DALE BOSWORTH**, in his official capacity as Chief of the United States Forest Service, et al.,<br><br>Defendants,<br><br>and<br><br>**SIERRA FOREST PRODUCTS,** a California corporation, and **HUME LAKE CHRISTIAN CAMPS,** a California corporation, and **SUGARLOAF HOMEOWNERS ASSOCIATION,** a non-profit organization,<br><br>Intervenor/Amici Curiae. | Civil No.05-00397-CRB<br><br>Related Case No. C04-02588-CRB<br><br>Related Case No. C05-00898-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' THIRD CLAIM IN THE FIRST AMENDED COMPLAINT** |

1.     Intervenor Sierra Forest Products stipulates that it will defer any further timber cutting of the Saddle Timber Sale until this Court has ruled on plaintiffs' third claim in the first amended complaint challenging the Saddle Timber Sale.

2.     Intervenor Sierra Forest Products further stipulates to the release of the bond posted by plaintiffs in this case.

3.     The currently pending motion for preliminary injunction will be consolidated with the trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2).

4.     The hearing in this matter will be scheduled for September 7, 2005 at 10:00 a.m.

5.     Any additional pleadings or documents in support of or in opposition to plaintiffs' third claim in its first amended complaint shall be filed with the Court on September 1, 2005.

**IT IS SO ORDERED** this  15th   day of August, 2005.



_____
U.S. District Court Judge

Page 1 -    STIPULATION AND PROPOSED ORDER
            No.05-00397-CRB

F:\SWH\j13329.wpd