Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Cynthia S. Huber
cynthia.huber@usdoj.gov
Senior Attorney
Rachel Dougan
rachel.dougan@usdoj.gov
Alex Kriegsman
alex.kriegsman@usdoj.gov
Trial Attorneys
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0506

Kevin V. Ryan (SBN 118321)
United States Attorney
Charles O'Connor (SBN 56320)
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415-436-7180

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, *et al.*, | Civil No. C 05-00397 CRB |
| Plaintiffs, | Related Case No. C 04-02588-CRB |
| v. | Related Case No. C 05-00898-CRB |
| BOSWORTH, *et al.*, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION |
| Defendants, | |
| and | |
| SIERRA FOREST PRODUCTS, *et al.* | |
| Intervenors | |

1     The matter is before the Court on Defendants' motion to extend time for the hearing date on
2 Plaintiffs' motion for preliminary injunction in the above-entitled action. For good cause shown,
3 Defendants' motion is hereby GRANTED. It is ORDERED that the hearing on Plaintiffs' motion
4 for preliminary injunction is continued until __September 7, 2005__.

6 It is so ORDERED.

9 ___August 15, 2005___                          _____
   Date                                                       CHARLES R. BREYER
10                                                                      U.S. DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

14      August 11, 2005                      Respectfully submitted,

16                                   Kelly A. Johnson
                                    Acting Assistant Attorney General
17                                   Environment and Natural Resources Division

18                                   _____/ s /Alex Kriegsman_____
                                    Cynthia S. Huber
19                                   Senior Attorney
                                  Rachel Dougan
20                                   Alex Kriegsman
                                  Trial Attorneys
21                                   General Litigation Section
                                  Environment and Natural Resources Division
22                                   U.S. Department of Justice
                                  P.O. Box 663
23                                   Washington, D.C. 20044
                                  (202) 305-3022

25                                   Kevin V. Ryan (SBN 118321)
                                  United States Attorney
26                                   Northern District of California

27 Proposed Order Granting Motion to Extend Time
28 Civil No. C 05-00397 CRB                      1