Deborah S. Reames (CA Bar 117257)
George M. Torgun (CA Bar 222085)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749
dreames@earthjustice.org
gtorgun@earthjustice.org

Attorneys for Plaintiffs
SIERRA NEVADA FOREST PROTECTION CAMPAIGN and
CENTER FOR BIOLOGICAL DIVERSITY
*Additional Counsel listed on next page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, *et al.*, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | |
| DALE BOSWORTH, *et al.*, | Case No.: C 05-00397-CRB |
| Defendants, | |
| and | Related Case No. C 04-02588-CRB |
| SIERRA FOREST PRODUCTS, *et al.*, | Related Case No. C 05-00898-CRB |
| Intervenors on the Third Claim. | |

| | |
|---|---|
| 1 | Patrick Gallagher (CA Bar No. 146105) |
| | Sierra Club |
| 2 | 85 Second Street |
| | San Francisco, CA 94105 |
| 3 | (415) 977-5709 |
| | (415) 977-5793 FAX |
| 4 | pat.gallagher@sierraclub.org |
| 5 | Attorney for Plaintiffs |
| | SIERRA CLUB and |
| 6 | TULE RIVER CONSERVANCY |
| 7 | |
| 8 | Eric E. Huber (CO Bar No. SC 700024), *Pro Hac Vice* Application Pending |
| | Sierra Club |
| 9 | 2260 Baseline Road, Suite 105 |
| | Boulder, CO 80302 |
| 10 | (303) 449-5595 |
| | (303) 449-0740 FAX |
| 11 | eric.huber@sierraclub.org |
| 12 | Attorney for Plaintiffs |
| | SIERRA CLUB and |
| 13 | TULE RIVER CONSERVANCY |
| 14 | |
| 15 | Rachel M. Fazio (CA Bar No. 187580) |
| | John Muir Project |
| 16 | P.O. Box 697 |
| | Cedar Ridge, CA 95924 |
| 17 | (530) 273-9290 |
| | (530) 273-9260 FAX |
| 18 | rfazio@nccn.net |
| 19 | Attorney for Plaintiffs |
| | EARTH ISLAND INSTITUTE and |
| 20 | SEQUOIA FORESTKEEPER |

Pursuant to Defendants' August 11, 2005 Motion to Extend Time for Hearing on Motion for Preliminary Injunction, Plaintiffs, Defendants and Intervenors hereby stipulate and request the Court to reschedule the hearing on Plaintiffs' Motion for Preliminary Injunction, currently set for August 16, 2005 at 2:30 p.m., to September 7, 2005 at 10:00 a.m. The parties further stipulate as follows:

1. Any supplemental briefing in support or opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed on September 1, 2005;

2. Intervenors stipulate that they will defer any further timber cutting to implement the Saddle Fuels Reduction Project ("Saddle Project") until this Court has ruled on Plaintiffs' Motion for Preliminary Injunction; and

3. Intervenors stipulate that Plaintiffs will have no liability on the bond posted in this case from August 16, 2005 through the date the Court rules on Plaintiffs' Third Claim in their First Amended Complaint.

Undersigned counsel Deborah Reames attests that the concurrence of all parties to this stipulation and authorization of counsel to sign the stipulation on their behalf has been obtained.

Respectfully submitted this 15th day of August, 2005,

/s/
Deborah S. Reames

DEBORAH S. REAMES
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Attorneys for Sierra Nevada Forest Protection
Campaign and Center for Biological Diversity

/s/ as authorized on August 15, 2005
THOMAS L. SANSONETTI
Assistant Attorney General
CYNTHIA S. HUBER
Senior Attorney
RACHEL DOUGAN
Trial Attorney
Natural Resources Section

| | |
|---|---|
| 1 | Environment and Natural Resources Division |
| 2 | U.S. Department Of Justice |
| | P.O. Box 663, Ben Franklin Station |
| 3 | Washington, D.C. 20044-0663 |
| | Telephone: (202) 514-5273 |
| 4 | Attorneys for Defendants |

Environment and Natural Resources Division
U.S. Department Of Justice
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Telephone: (202) 514-5273
Attorneys for Defendants

/s/ as authorized by Chuck O'Connor on August 15, 2005
KEVIN V. RYAN
United States Attorney
JAMES CODA
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Attorneys for Defendants

/s/ as authorized on August 15, 2005
RACHEL M. FAZIO
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
Telephone: (530) 273-9290
Attorney for Earth Island Institute and Sequoia Forestkeeper

/s/ as authorized on August 15, 2005
PATRICK GALLAGHER
Sierra Club
85 Second Street
San Francisco, CA
Telephone: (415) 977-5709
Attorney for the Sierra Club and Tule River Conservancy

/s/ as authorized on August 15, 2005
ERIC E. HUBER
Sierra Club
2260 Baseline Road, Suite
Boulder, CO 80302
Telephone: (303) 449-5595
Attorney for the Sierra Club and Tule River Conservancy

/s/ as authorized on August 15, 2005
DENNIS M. WILSON
Wilson Law Firm, a Professional Corporation
7801 Folsom Blvd., Suite 105
Sacramento, California 95826
Telephone: (916) 381-8400
Attorney for Intervenors on the Third Claim

<pre>
                          /s/ as authorized on August 15, 2005
                          SCOTT W. HORNGREN
                          Haglund Kelley Horngren Jones & Wilder LLP
                          101 SW Main, Suite 1800
                          Portland, OR 97204
                          Telephone: (503) 225-0777
                          Attorney for Intervenors on the Third Claim
</pre>

**ORDER**

It is so ordered.

Dated: August 15, 2005



THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE