IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB et al., | No. C 05-00397 CRB |
|     Plaintiffs, | Related Case No. C 04-02588 |
| v. | Related Case No. C 05-00898 |
| DALE BOSWORTH et al., | **ORDER SHORTENING TIME** |
|     Defendants. | |

Now before the Court is a Stipulation between the parties shortening time to hear plaintiffs' two motions filed on October 18, 2005: a Motion for Leave to File Second Amended Complaint and Modify Case Management Order and a Motion for Preliminary Injunction Regarding the Ice Timber Sale. The Court approves the request to shorten time but modifies the schedule as follows:

1) Plaintiffs filed their Motions for Leave and Preliminary Injunction on October 18, 2005.

2) Defendants and Intervenors file their Oppositions to plaintiffs' motions on or before 5:00 pm PDT on October 26, 2005.

3) Plaintiffs file a Reply, if any, on or before October 28, 2005.

4) The Court will hear both motions on November 4, 2005 at 10:00 am.

**IT IS SO ORDERED.**

Dated: October 24, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0397\Order 2 shorten time.wpd