Patrick Gallagher (CA Bar No. 146105)
Sanjay Narayan (CA Bar No. 183227)
Sierra Club
85 Second Street
San Francisco, CA 94104
(415) 977-5709
(415) 977-5793 FAX
pat.gallagher@sierraclub.org
sanjay.narayan@sierraclub.org

Attorneys for Plaintiffs
SIERRA CLUB and
TULE RIVER CONSERVANCY
*Additional parties and counsel on following page*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sierra Club, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>Bosworth, *et al.*, <br><br>　　　　Defendants. | **~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING THE CASE MANAGEMENT ORDER** <br><br>Case No.: C 05-00397-CRB <br><br>Related Case No. C 04-02588-CRB <br><br>Related Case No. C 05-00898-CRB |

*Additional Parties and Counsel*:

Eric E. Huber (Colo. Bar No. 700024), Pro Hac Vice Application Pending
Sierra Club
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595
(303) 449-6520 FAX
eric.huber@sierraclub.org

Attorney for Plaintiffs
Sierra Club and
Tule River Conservancy


Deborah Reames (CA Bar No. 117257)
George Torgun (CA Bar No. 222085)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 FAX
dreames@earthjustice.org
gtorgun@earthjustice.org

Attorneys for Plaintiffs
Sierra Nevada Forest Protection Campaign and
Center for Biological Diversity


Rachel M. Fazio (CA Bar No. 187580)
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290
(530) 273-9260 FAX
rfazio@nccn.net

Attorney for Plaintiffs
Earth Island Institute and
Sequoia Forestkeeper

Upon review of Plaintiffs' Motion for Leave to File a Second Amended Complaint and for an Order Modifying the Case Management Order, and related filings, including Plaintiffs' Motion for Preliminary Injunction Regarding the Ice Timber Sale and supporting declarations, the court hereby GRANTS Plaintiffs' motion and directs Plaintiffs to file the Second Amended Complaint forthwith. The Court also modifies the existing Case Management Order schedule to allow for the filing of the Second Amended Complaint on or before October 20, 2005 and the filing of Defendants' and Defendant-Intervenor's answer thereto on or before December 1, 2005.

**IT IS SO ORDERED this** \_\_\_1st\_\_\_ **day of** ~~October,~~ November 2005

_____
**Charles R. Breyer
United States District Judge**



---

1
PROPOSED ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT
AND MODIFYING THE CASE MANAGEMENT ORDER
05-CV-00397