IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, | **[AMENDED PROPOSED] TEMPORARY RESTRAINING ORDER** |
| Plaintiffs, | |
| v. | Case No.: C 05-00397-CRB |
| BOSWORTH, *et al.*, | Related Case No. C 04-02588-CRB |
| Defendants. | Related Case No. C 05-00898-CRB |

Plaintiffs have moved for a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Civil L.R. 65-1, prohibiting Defendants and their contractors from taking any further action to implement activities related to the "Ice Helicopter Timber Sale," (the "Ice Project") located in the Sequoia National Forest.

Upon consideration of the prior proceedings in this case, as well as parties' briefs and evidentiary materials, and after hearing argument and testimony, IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order is GRANTED.

Plaintiffs claim that the Forest Service has violated the National Environmental Policy Act, 42 U.S.C. §4321 *et seq*., by proceeding with the Ice Project in the face of significant new information without adequate environmental analysis. See 40 C.F.R. § 1502.9(c)(1)(ii) (2002). The Forest Service has refused to prepare a supplemental environmental impact statement for the Ice Project, relying on the Revised Ice Timber Sale and Fuel Reduction Environmental Assessment, the Revised White River Environmental Assessment, and three Supplemental Information Reports Projects, the last of which are dated October 26, 2005. Plaintiffs contend that these documents do not constitute a "hard look" at the impacts of the Ice Project, and fail to provide a rational and non-arbitrary basis for the Forest Service's conclusion that the Project will have no significant impact on the imperiled Pacific fisher.

Plaintiffs have demonstrated a combination of probable success on the merits of their claim, as well as a threat of irreparable injury to the endangered Pacific fisher, which taken together are sufficient to merit the requested relief.

Defendants and their contractors are hereby enjoined from taking any further action to implement the Ice Project, including permitting, commencing or continuing any ground disturbing activities such as the grading for or construction of roads, or commencing or continuing any timbering activities, such as the cutting, logging, or removal of trees or logs from any part of the project area, with the following exceptions:

(1) Defendants may remove trees that were felled prior to November 4, 2005, either as part of the Ice or the previously enjoined Saddle Fuel Reduction Projects;

(2) On Units 908, 909, and 911 of the Ice Project only, Defendants may continue to fell trees measuring 16 inches or less in breast-height diameter; and

(3) Prescribed burning is permitted on all Projects.

No further bond is required; this case involves a public interest in the protected objects of the Giant Sequoia National Monument and its surrounding ecosystems.

This temporary restraining order will remain in effect until further notice from this Court.

ORDERED this 7th day of November 2005, in the City of San Francisco, California.

_____
Hon. Charles R. Breyer
DISTRICT

