Patrick Gallagher (CA Bar No. 146105)
Sanjay Narayan (CA Bar No. 183227)
Sierra Club
85 Second Street
San Francisco, CA 94104
(415) 977-5709
(415) 977-5793 Fax
pat.gallagher@sierraclub.org
sanjay.narayan@sierraclub.org

Attorneys for Plaintiffs
SIERRA CLUB and
TULE RIVER CONSERVANCY
*Additional parties and counsel on following page*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>BOSWORTH, *et al.*,<br><br>　　Defendants. | **~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE HEARING DATE TO CONFORM WITH CASE MANAGEMENT ORDER**<br><br>Case No.: C 05-00397-CRB<br><br>Related Case No. C 04-02588-CRB<br><br>Related Case No. C 05-00898-CRB |

*Additional Parties and Counsel*:

Eric E. Huber (Colo. Bar No. 700024), Pro Hac Vice Application Pending
Sierra Club
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595
(303) 449-6520 Fax
eric.huber@sierraclub.org

Attorney for Plaintiffs
Sierra Club and
Tule River Conservancy


Deborah Reames (CA Bar No. 117257)
George Torgun (CA Bar No. 222085)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 Fax
dreames@earthjustice.org
gtorgun@earthjustice.org

Attorneys for Plaintiffs
Sierra Nevada Forest Protection Campaign and
Center for Biological Diversity


Rachel M. Fazio (CA Bar No. 187580)
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290
(530) 273-9260 Fax
rfazio@nccn.net

Attorney for Plaintiffs
Earth Island Institute and
Sequoia Forestkeeper

1  [~~PROPOSED~~] ORDER

Plaintiffs' Motion to Change Hearing Date to Conform with Case Management Order is hereby GRANTED. Defendant-Intervenor Sierra Forest Product's Motion for Summary Judgment on Plaintiffs' Third Claim for Relief shall be briefed and heard in accordance with the schedule in the Stipulation and Case Management Order for Related Cases entered by the Court on August 2, 2005.

IT IS SO ORDERED.

Dated:  Janaury 27, 2006



Hon. Charles R. Breyer
United States D...

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE HEARING DATE -- 05-CV-00397