IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al., <br>     Plaintiffs, <br>   v. <br> DALE BOSWORTH et al, <br>     Defendants, <br> and <br> SIERRA FOREST PRODUCTS, <br>     Defendant-Intervenor. | No. C 05-00397 CRB <br> Related Case No. C. 05-0898 CRB <br><br> **ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

    Defendant-intervenor has filed a motion for leave to file a motion for reconsideration regarding the Court's January 30 Order changing the hearing date for defendant-intervenor's motion for summary judgment. The motion is hereby DENIED. Plaintiffs shall file their Opposition to defendant-intervenor's motion no later than March 20, 2006. Defendant-intervenor may file a Reply no later than March 30, 2006.

    **IT IS SO ORDERED.**

Dated: February 13, 2006

                                                     CHARLES R. BREYER <br> UNITED STATES DISTRICT JUDGE