IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DALE BOSWORTH et al,<br><br>　　　　Defendants,<br><br>and<br><br>SIERRA FOREST PRODUCTS,<br><br>　　　　Defendant-Intervenor.<br>_____/ | No. C 05-00397 CRB<br>Related Case No. C. 05-0898 CRB<br><br>**ORDER RESETTING SCHEDULE OF MOTION TO INCREASE BOND** |

　　　Defendant-intervenor has filed a motion to increase the bond posted by plaintiffs in this case. Since this motion need only be resolved prior to a final resolution on the merits of the case, the Court hereby resets the hearing on this motion to April 21, 2006, when all other motions are being heard in this matter and its related case, No. C 05-0898 CRB. Plaintiffs' Opposition shall be filed no later than March 8, 2006, and defendant-intervenor's Reply shall be filed no later than March 30, 2006.

//

//

//

**IT IS SO ORDERED.**

Dated: February 13, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE