IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DALE BOSWORTH, et al.<br><br>　　　　Defendants. | No. C 05-00397 CRB<br><br>Related Case No. C 05-00898<br>Related Case No. C 04-02588<br><br>**ORDER CONTINUING ORAL ARGUMENT** |

　　　　The Court is currently scheduled to hear oral argument on several motions on April 21, 2006. The Court instructs the parties that the oral argument is hereby continued until May 1, 2006, at 2:30 p.m.

　　　　**IT IS SO ORDERED.**

Dated: April 17, 2006

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0397\order briefing schedule.wpd