KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAMES CODA (SBN 1012669 (WI))
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Facsimile: (415) 436-6748
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
CYNTHIA S. HUBER
cynthia.huber@usdoj.gov
Acting Assistant Section Chief
RACHEL A. DOUGAN
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663, Ben Franklin Station
Washington, DC 20044-0663
Tel: (202) 514-5273/Facsimile: (202) 305-0506

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL., <br>    Plaintiffs, <br>  v. <br> DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, ET AL., <br>    Defendants, <br> and <br> SIERRA FOREST PRODUCTS, <br>    Defendant-Intervenors. | Case No. 05-CV-00397 CRB <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING PROPOSED JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, Attorney General, <br>    Plaintiff, <br>  v. <br> UNITED STATES DEPARTMENT OF AGRICULTURE; ET AL., <br>    Defendants. | Case No. 05-CV-00898 CRB |

Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
Stipulation to Extend Time

On August 22, 2006, this Court entered Memoranda and Orders resolving these matters on the merits. Docket Nos. 208 (Civil No. 05-00397) and 70 (Civil No. 05-00898). Amended Memoranda and Orders were entered on August 25, 2006. Docket Nos. 209, 210 (Civil No. 05-00397) and 71 (Civil No. 05-00898). The Court has ordered the Parties to meet and confer to determine if a joint form of judgment can be submitted. The Parties are to submit such a joint proposal, or individual proposals if no agreement is reached, on or before September 15, 2006. Plaintiffs submitted a draft proposal for consideration on September 11, 2006. Defendants have been evaluating what to propose for the judgment. The decision-making relating to the submittal has required substantial internal discussion with Agency management. Defendants are concluding that process and expect to have a proposal to share with the Plaintiffs by September 15, 2006. That timing would not allow the Parties to confer on the various drafts and attempt to reach agreement as to a joint proposal.

Defendants have suggested the Parties seek an extension of the date for the submittal to September 22, 2006. Defendant-Intervenors agree that an extension would be beneficial. Plaintiffs do not oppose the suggested extension. Accordingly, the Parties stipulate and request that the date for submittal of the proposed judgment be extended to September 22, 2006.

Respectfully submitted,

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
 Division

_____/ s /_____
Cynthia S. Huber
Acting Assistant Section Chief
Rachel Dougan
Trial Attorney
Natural Resources Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273

Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
Stipulation to Extend Time               -1-

```
                                Kevin V. Ryan (SBN 118321)
                                United States Attorney
                                Northern District of California

                                James Coda (SBN 1012669(WI))
                                Assistant United States Attorney
                                Northern District of California
                                450 Golden Gate Avenue
                                P.O. Box 36055
                                San Francisco, CA 94102
                                (415) 436-6748
                                Attorneys For Defendants


                                Bill Lockyer
                                Attorney General of the State of California
                                Kenneth Alex
                                Supervising Deputy Attorney General
                                Sally Knox
                                Claudia Polsky
                                Deputy Attorneys General


                    By:         /s/ (as authorized on 9/13/06)
                                Sally Magnani Knox
                                Deputy Attorney General
                                Attorneys for Plaintiff
                                People of the State of California


                                Patrick Gallagher
                                Eric Huber
                                Attorneys for the Sierra Club and Tule River
                                Conservancy

                                Deborah Reames
                                George Torgun
                                EARTHJUSTICE
                                Attorneys for Sierra Nevada Forest Protection
                                Campaign and Center for Biological Diversity


                                Rachel M. Fazio
                                JOHN MUIR PROJECT
                                Attorneys for Earth Island Institute and Sequoia
                                Forestkeeper


                    By:         /s/ (as authorized on 9/13/06)
                                George Torgun
                                For Plaintiffs Sierra Club, Tule River, Sierra
                                Nevada Protection Campaign, Earth Island Institute
                                and Sequoia Forestkeeper
```

/s/ as authorized on 9/13/06
　　　　　　　　　　　　　　　　　　Scott Horngren
　　　　　　　　　　　　　　　　　　Haglund, Kelley, Horngren & Jones LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendant-Intervenors

IT IS SO ORDERED.
Dated:　　September 20, 2006

　　　　　　　　　　_____
　　　　　　　　　　Hon. Charles R. Breyer



Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
Stipulation to Extend Time　　　　　　　　　-3-

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I caused a copy of Stipulation and [Proposed] Order to Extend Time to be served by ECF electronic filing on the following:

| | |
|---|---|
| Patrick Gallagher<br>Sierra Club<br>85 Second Street<br>San Francisco, CA 94104<br>pat.gallagher@sierraclub.org | Eric Huber<br>Sierra Club<br>2260 Baseline Road, Suite 105<br>Boulder, CO 80302<br>Eric.huber@sierraclub.org |
| Deborah Reames<br>George M. Torgun<br>Earthjustice<br>426 17th Street, 5th Floor<br>Oakland, CA 94612<br>dreames@earthjustice.org<br>gtorgun@earthjustice.org | Rachel Fazio<br>P.O. Box 697<br>Cedar Ridge, CA 95924<br>Rfazio@nccn.net |
| Dennis Mac Wilson<br>7801 Folsom Blvd., Suite 105<br>Sacramento, CA 95826<br>denniswilson@covad.net | Scott Horngren<br>Haglund, Kelley, Horngren & Jones LLP<br>101 SW Main Street, Suite 1800<br>Portland, OR 97204<br>horngren@hk-law.com |
| Sally M. Knox<br>Claudia Polsky<br>Deputy Attorney General<br>State of California<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413<br>510-622-2270<br>Sally.Knox@doj.ca.gov | |

                                                  _____/s/_____
                                                  Cynthia S. Huber
                                                  Counsel for Defendants

Case Nos. 05-CV-00397 CRB; 05-CV-00898 CRB
Stipulation to Extend Time