KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAMES CODA (SBN 1012669 (WI))
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Facsimile: (415) 436-6748
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
CYNTHIA S. HUBER
cynthia.huber@usdoj.gov
Acting Assistant Section Chief
RACHEL A. DOUGAN
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663, Ben Franklin Station
Washington, DC 20044-0663
Tel: (202) 514-5273/Facsimile: (202) 305-0506

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL.,<br>    Plaintiffs,<br>    v.<br>DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, ET AL.,<br>    Defendants,<br>and<br>SIERRA FOREST PRODUCTS,<br>    Defendant-Intervenors. | Case No. 05-CV-00397 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ALLOW PARTIES TIME TO FINALIZE AGREEMENT AS TO COSTS AND FEES |

The Parties have been engaged in negotiations to resolve Plaintiffs' demand for attorneys fees and costs related to this proceeding. The current schedule requires the parties to file a stipulation resolving the matter or the Plaintiffs to file their memorandum in support of their claims by January 9, 2007. The parties have reached a tentative agreement to resolve this matter. Additional time is needed for the parties to finalize a document to memorialize the agreement and to obtain the necessary approvals for the agreement. Therefore, Plaintiffs and Defendant do

Case Nos. 05-CV-00397 CRB
Stipulation to Extend Time

1 hereby stipulate and request that the date by which the Parties shall file a stipulation resolving the
2 demand for attorneys fees, or by which the Plaintiffs shall file their opening brief be extended to
3 and including February 9, 2007.

Respectfully submitted,

Sue Ellen Wooldridge
Assistant Attorney General
Environment and Natural Resources
 Division

_____/ s /_____
Cynthia S. Huber
Acting Assistant Section Chief
Rachel Dougan
Trial Attorney
Natural Resources Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273


Kevin V. Ryan (SBN 118321)
United States Attorney
Northern District of California

James Coda (SBN 1012669(WI))
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-6748
Attorneys For Defendants
Deputy Attorneys General


By:      /s/ (as authorized on 12/20/06)
Patrick Gallagher
Eric Huber
Attorneys for the Sierra Club and Tule River
Conservancy

Deborah Reames
George Torgun
EARTHJUSTICE

Case Nos. 05-CV-00397 CRB
Stipulation to Extend Time                    -1-

Attorneys for Sierra Nevada Forest Protection
Campaign and Center for Biological Diversity

Rachel M. Fazio
JOHN MUIR PROJECT
Attorneys for Earth Island Institute and Sequoia
Forestkeeper

George Torgun
For Plaintiffs Sierra Club, Tule River, Sierra
Nevada Protection Campaign, Earth Island Institute
and Sequoia Forestkeeper

IT IS SO ORDERED.

Dated: January 3, 2007

_____
Hon. Charles R. Breyer

*IT IS SO ORDERED / Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

Case Nos. 05-CV-00397 CRB
Stipulation to Extend Time -2-