KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAMES CODA (SBN 1012669 (WI))
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Facsimile: (415) 436-6748
MATTHEW McKEOWN
Acting Assistant Attorney General
CYNTHIA S. HUBER
cynthia.huber@usdoj.gov
Acting Assistant Section Chief
RACHEL A. DOUGAN
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 663, Ben Franklin Station
Washington, DC 20044-0663
Tel: (202) 514-5273/Facsimile: (202) 305-0506

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, ET AL.,<br>Plaintiffs,<br>v.<br>DALE BOSWORTH, in his official capacity as Chief of the United States Forest Service, ET AL.,<br>Defendants,<br>and<br>SIERRA FOREST PRODUCTS,<br>Defendant-Intervenors. | Case No. 05-CV-00397 CRB<br><br>STIPULATION RESOLVING PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS;<br>[PROPOSED] ORDER |

In the interests of judicial economy, to avoid litigating a request for attorneys' fees and costs, the Parties hereby stipulate and agree as follows:

1. The Forest Service agrees to settle the claims for costs and attorneys' fees of Plaintiffs Tule River Conservancy, Center for Biological Diversity, Sequoia Forestkeeper, Sierra Nevada Forest Protection Campaign, and Earth Island Institute for a total payment of $323,094.00. The Parties agree that Plaintiff Sierra Club is not eligible for attorneys fees as a

Case Nos. 05-CV-00397 CRB
Stipulation to Resolve Attys Fees/Costs

plaintiff under the Equal Access to Justice Act ("EAJA"); provided, however, that Sierra Club attorneys may be reimbursed for legal services rendered to EAJA-eligible parties.

  2. Payment shall be made to Earthjustice and conveyed by check to the attention of Deborah S. Reames, Earthjustice, Oakland Regional Office, 426 17th Street, 5th Floor, Oakland, CA 94612, or by electronic funds transfer in accordance with the instructions provided to the Forest Service. Payment shall be made within sixty (60) days of the withdrawal, or resolution in Plaintiffs' favor, of the Defendants' appeal in this case.

  3. Plaintiffs agree to accept payment of $323,094.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs allege they are entitled in the above-captioned litigation. This agreement excludes any fees and costs incurred after the Effective Date in connection with the appeal or any future litigation arising out of this same matter.

  4. This stipulation is the result of compromise and settlement, is based on and limited solely to the facts involved in this case, and shall not be construed as an admission of liability by Defendants, nor shall the settlement be cited in any other litigation except as necessary to enforce the terms of the stipulation. Defendants do not waive any defenses they may have concerning the claims settled under this Agreement. Nothing in this stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Defendants obligate or pay funds, or take any other action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

  5. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the parties to it.

  6. Nothing in this Stipulation shall be construed as an admission that the position of the Defendants in this litigation was not substantially justified.

7. This Stipulation represents the entirety of the Parties' commitments with regard to settlement. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

                                           Respectfully submitted,

                                           Matthew J. McKeown
                                           Acting Assistant Attorney General
                                           Environment and Natural Resources
                                             Division

Dated: February 2, 2007                             _____/ s /_____
                                           Cynthia S. Huber
                                           Acting Assistant Section Chief
                                           Rachel Dougan
                                           Trial Attorney
                                           Natural Resources Section
                                           Environment and Natural Resources
                                             Division
                                           U.S. Department of Justice
                                           P.O. Box 663
                                           Washington, D.C. 20044
                                           (202) 514-5273

                                           Kevin V. Ryan (SBN 118321)
                                           United States Attorney
                                           Northern District of California

                                           James Coda (SBN 1012669(WI))
                                           Assistant United States Attorney
                                           Northern District of California
                                           450 Golden Gate Avenue
                                           P.O. Box 36055
                                           San Francisco, CA 94102
                                           (415) 436-6748
                                           Attorneys For Defendants
                                           Deputy Attorneys General

                          By:     ___/s/ (as authorized on 1/25/07)____
                                           Patrick Gallagher
                                           Eric Huber
                                           Attorneys for the Sierra Club and Tule River
                                           Conservancy

                                           Deborah Reames
                                           George Torgun
                                           EARTHJUSTICE
                                           Attorneys for Sierra Nevada Forest Protection
                                           Campaign and Center for Biological Diversity

Rachel M. Fazio
JOHN MUIR PROJECT
Attorneys for Earth Island Institute and Sequoia Forestkeeper

IT IS SO ORDERED.

Dated: February 7, 2007

_____
Hon. Charles R. Breyer



Case Nos. 05-CV-00397 CRB
Stipulation to Resolve Attys Fees/Costs         -3-

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on February 2, 2007, I caused a copy of Stipulation Resolving Plaintiffs' Claim for Attorney's Fees and Costs; and [Proposed] Order to be served by ECF electronic filing on the following: |

Patrick Gallagher
Sierra Club
85 Second Street
San Francisco, CA 94104
pat.gallagher@sierraclub.org

Eric Huber
Sierra Club
2260 Baseline Road, Suite 105
Boulder, CO 80302
Eric.huber@sierraclub.org

Deborah Reames
George M. Torgun
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
dreames@earthjustice.org
gtorgun@earthjustice.org

Rachel Fazio
P.O. Box 697
Cedar Ridge, CA 95924
Rfazio@nccn.net

Dennis Mac Wilson
7801 Folsom Blvd., Suite 105
Sacramento, CA 95826
denniswilson@covad.net

Scott Horngren
Haglund, Kelley, Horngren & Jones LLP
101 SW Main Street, Suite 1800
Portland, OR 97204
horngren@hk-law.com

Sally M. Knox
Claudia Polsky
Deputy Attorney General
State of California
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413
510-622-2270
Sally.Knox@doj.ca.gov

_____/s/_____
Cynthia S. Huber
Counsel for Defendants

Case Nos. 05-CV-00397 CRB
Stipulation to Resolve Attys Fees/Costs