**FILED**

JUN 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB; TULE RIVER CONSERVANCY; SIERRA NEVADA FOREST PROTECTION CAMPAIGN; EARTH ISLAND INSTITUTE; SEQUOIA FORESTKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; STATE OF CALIFORNIA, ex rel Bill Lockyer, Attorney General,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DALE BOSWORTH, Chief of the United States Forest Service BERNIE WEINGARDT, Regional Forester, Region 5; KENT CONNAUGHTON, Deputy Regional Forester, Region 5; ARTHUR L. GAFFREY, Forest Supervisor, Sequoia National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; MIKE JOHANNS, Secretary, U.S. Department of Agriculture; U.S. DEPARTMENT OF AGRICULTURE; JACK BLACKWELL Regional Forester For the Pacific Southwest Region,<br><br>Defendants,<br><br>HUME LAKE CHRISTIAN CAMPS,<br><br>Defendant-intervenor, | No. 06-17309<br><br>D.C. Nos. CV-05-00397-CRB<br>CV-05-00898-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

| SUGARLOAF HOMEOWNERS ASSOCIATION, |
| --- |
| Defendant-intervenor, |
| and |
| SIERRA FOREST PRODUCTS, |
| Defendant-intervenor - Appellant. |

Before: TASHIMA, McKEOWN, and GOULD, Circuit Judges.

The motion of Appellant Sierra Forest Products to dismiss the above-referenced appeal pursuant to Federal Rule of Appellate Procedure 42(b) is GRANTED. A copy of this order served on the district court shall constitute the mandate.