**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al., | No. C 05-00397 CRB |
| Plaintiffs, | **ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME** |
| v. | |
| TOM TIDWELL, et al., | |
| Defendants. | |

Upon consideration of Plaintiffs' Motion for Extension of Time to File Response Brief and Reschedule Hearing (dkt. 243) and Intervenor's and Federal Defendants' Responses thereto (dkts. 244, 246), it is hereby ORDERED that Plaintiffs' Motion is GRANTED in part as follows:

- Plaintiffs' Opposition is due August 19, 2011;
- The Reply is due August 26, 2011; and
- The hearing on Federal Defendants' Motion for Relief from Judgment will be held on September 9, 2011 at 10:00 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: July 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0397\Order re motion for extension of time to file response.wpd